IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01327-BNB

JOHN J. McCARTHY,

    Petitioner,

v.

WARDEN, USP Florence,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2008

GREGORY C. LANGHAM
                CLERK

---

## ORDER TO CURE DEFICIENCIES

Petitioner, John J. McCarthy, has filed *pro se* a "Petition for a Writ of Habeas Corpus by a Prisoner in Federal Custody." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the petition is deficient. In particular, the petition is not filed on the proper pleading form and Mr. McCarthy has failed either to pay the filing fee for this action or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. McCarthy will be directed to cure these deficiencies if he wishes to pursue his claims in this action. Although Mr. McCarthy has filed the petition pursuant to 28 U.S.C. § 2241, the court finds that the conditions of confinement claims Mr. McCarthy is raising in this action are not properly raised in a habeas corpus action pursuant to § 2241. Therefore, Mr. McCarthy will be provided with the court's Prisoner Complaint form to cure the deficiencies in this action. Accordingly, it is

ORDERED that Mr. McCarthy cure the deficiencies identified in this order **within thirty (30) days from the date of this order** by filing a Prisoner Complaint and by

either paying the $350.00 filing fee or filing a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McCarthy, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that if Mr. McCarthy fails to cure the deficiencies identified in this order within the time allowed, the action will be dismissed without further notice.

DATED June 27, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01327-BNB

John J. McCarthy
Reg. No. 38051-066
USP - Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 6/27/8

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk