# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01327-ZLW

JOHN J. McCARTHY,

    Petitioner,

v.

WARDEN, USP Florence,

    Respondent.



## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Petitioner's "Motion for Appropriate Relief" filed on October 1, 2008, is DENIED.

Dated: October 3, 2008

Copies of this Minute Order mailed on October 3, 2008, to the following:

John J. McCarthy
Reg. No. 38051-066
USP - Florence
PO Box 7000
Florence, CO 81226

Secretary/Deputy Clerk