IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01327-BNB

JOHN J. McCARTHY,

Petitioner,

v.

WARDEN, USP Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 3 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Petitioner John J. McCarthy initiated this action by filing *pro se* a "Petition for a Writ of Habeas Corpus by a Prisoner in Federal Custody." In an order filed on June 27, 2008, Magistrate Judge Boyd N. Boland directed Mr. McCarthy to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. McCarthy to file on the proper form a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland determined that Mr. McCarthy must file a Prisoner Complaint because the claims he is raising in this action challenge the conditions of his confinement and not the execution of his sentence. Mr. McCarthy was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On August 26, 2008, Magistrate Judge Boland granted Mr. McCarthy an extension of time to cure the deficiencies. On September 25, 2008, the Court overruled

Mr. McCarthy's objections to Magistrate Judge Boland's order directing him to cure the deficiencies in this action and directed Mr. McCarthy to cure the deficiencies in this action within thirty days if he wished to pursue his claims.

Mr. McCarthy has failed to cure the deficiencies in this action within the time allowed. He has not filed a Prisoner Complaint and he has not paid the filing fee or filed a motion seeking leave to proceed *in forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus petition is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 3 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01327-BNB

John J. McCarthy
Reg. No. 38051-066
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/3/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk